| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Number: 08-53642 | | | | | | | Date: December 17, 2009 | |
| Debtor Name: DEDINSKY, STEPHEN E. | | | | | | | PROPOSED DISTRIBUTION | |

~~FILED~~

2009 DEC 18 PM 1:40

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $32,295.92 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $3,979.59 | $0.00 | $3,979.59 | $3,979.59 | $28,316.33 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $73.86 | $0.00 | $73.86 | $73.86 | $28,242.47 |
| Subtotals For Class Administrative | 100.00% | | | $4,053.45 | $0.00 | $4,053.45 | $4,053.45 | |
| 5 | IRS-Insolvency Group<br>1240 E 9th Street Room 457<br>Cleveland, OH 44199 | Priority | 280 | $27,514.42 | $0.00 | $27,514.42 | $27,514.42 | $728.05 |
| Subtotals For Class Priority | 100.00% | | | $27,514.42 | $0.00 | $27,514.42 | $27,514.42 | |
| 1 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery<br>Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Unsecured | 300 | $838.00 | $0.00 | $838.00 | $10.03 | $718.02 |
| 2 | ADVANTA BANK CORP<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $4,359.77 | $0.00 | $4,359.77 | $52.17 | $665.85 |
| 3 | Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba LOWES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $331.94 | $0.00 | $331.94 | $3.97 | $661.88 |
| 4 | Golden Circle Credit Union<br>1215 Greenfield Avenue SW<br>Canton, OH 44706 | Unsecured | 300 | $9,884.10 | $0.00 | $9,884.10 | $118.27 | $543.61 |
| 11 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | 300 | $12,561.57 | $0.00 | $12,561.57 | $150.30 | $393.31 |
| 12 | FIA CARD SERVICES,<br>NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE<br>LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 300 | $13,053.99 | $0.00 | $13,053.99 | $156.19 | $237.12 |
| 13 | AMERICAN EXPRESS BANK<br>FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $15,376.75 | $0.00 | $15,376.75 | $183.99 | $53.13 |
| 14 | AMERICAN EXPRESS<br>CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $4,197.32 | $0.00 | $4,197.32 | $50.22 | $2.91 |
| 15 | OHIO EDISON BANKRUPTCY<br>DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141 | Unsecured | 300 | $243.43 | $0.00 | $243.43 | $2.91 | $0.00 |
| Subtotals For Class Unsecured | 1.20% | | | $60,846.87 | $0.00 | $60,846.87 | $728.05 | |

#6.88

Ck # 1012

receipt # 81143

Date printed 12/17/2009 3.33 PM

Case Number: 08-53642
Debtor Name: DEDINSKY, STEPHEN E.

Date: December 17, 2009
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 6 | Portage Community Bank<br>c/o Peter Kratcoski, Esq<br>11 S River St<br>PO Box 396<br>Kent, OH 44240 | Secured | 400 | $114,445.37 | $0.00 | $114,445.37 | $0.00 | $0.00 |
| 7 | Portage Community Bank<br>c/o Peter Kratcoski, Esq<br>11 S River St<br>PO Box 396<br>Kent, OH 44240 | Secured | 400 | $107,313.87 | $0.00 | $107,313.87 | $0.00 | $0.00 |
| 8 | Portage Community Bank<br>c/o Peter Kratcoski, Esq<br>11 S River St<br>PO Box 396<br>Kent, OH 44240 | Secured | 400 | $9,459.48 | $0.00 | $9,459.48 | $0.00 | $0.00 |
| 9 | Portage Community Bank<br>c/o Peter Kratcoski, Esq<br>11 S River St<br>PO Box 396<br>Kent, OH 44240 | Secured | 400 | $8,689.20 | $0.00 | $8,689.20 | $0.00 | $0.00 |
| 10 | Portage Community Bank<br>c/o Peter Kratcoski, Esq<br>11 S River St<br>PO Box 396<br>Kent, OH 44240 | Secured | 400 | $14,968.67 | $0.00 | $14,968.67 | $0.00 | $0.00 |
| Subtotals For Class Secured | 0.00% | | | $254,876.59 | $0.00 | $254,876.59 | $0.00 | |
| | Totals | | | $347,291.33 | $0.00 | $347,291.33 | $32,295.92 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Date printed 12/17/2009 3:33 PM